**GARY BRICKWOOD, State Bar No. 94892**
**MONIQUE GRANDAW, State Bar No. 162451**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
(530) 245-1879 (fax)

Attorneys for Defendants
SHASTA COUNTY, and SHASTA COUNTY
DEPARTMENT OF SOCIAL SERVICES

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY TOWNE AND JERRY TOWNE | Case No. 2:05-CV-01533 WBS CMK |
| Plaintiff, | |
| vs. | |
| SHASTA COUNTY, SHASTA COUNTY DEPARTMENT OF SOCIAL SERVICES, a Public Entity, and DOES ONE through FIFTY, inclusive, | **STIPULATION AND ORDER** |
| Defendants. | |

The parties to this action, by and through their attorneys of record, hereby stipulate as follows:

There was a delay in obtaining the necessary records for completing discovery in this matter, due to the necessity of filing a petition to obtain juvenile court records. As a result, the parties agree that discovery and expert disclosures cannot be completed by the current deadlines set forth in the scheduling order. Therefore, the parties agree to extend those deadlines for 60 days as follows:

1. Discovery shall be completed on or before July 2, 2006.

//

//

 2. Expert disclosures shall be made on July 15, 2006.

DATED: April 28, 2006.    SINGLETON LAW GROUP

          /s/ Jason Singleton
          JASON SINGLETON
          Attorney for Plaintiffs

DATED: April 25, 2006.    BRICKWOOD LAW OFFICE

          /s/ Monique Grandaw
          MONIQUE GRANDAW
          Attorneys for Defendants, COUNTY OF SHASTA, SHASTA COUNTY DEPARTMENT OF SOCIAL SERVICES

**ORDER**

Having considered the stipulation of the parties,

IT IS HEREBY ORDERED THAT the scheduling order is modified as follows:

 1. Discovery shall be completed on or before July 2, 2006.

 2. Expert disclosures shall be made on July 15, 2006.

 3. All other provisions of the Pre-Trial Scheduling Order of October 14, 2005 remain in full force and effect.

DATED: May 2, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order                  2