IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY TOWNE, et al., | No. CIV S-05-1533-WBS-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| SHASTA COUNTY, et al., | |
| Defendants. | |

Plaintiffs have filed a motion to strike defendants' expert witness disclosure and have noticed hearing on the motion for September 19, 2006, at 10:00 a.m. before the undersigned. Pursuant to Eastern District of California Local Rule 78-230(h), the court finds that submission of plaintiffs' motion on the papers without a hearing is appropriate. The hearing is therefore vacated and plaintiffs' motion stands submitted.

IT IS SO ORDERED.

DATED: September 7, 2006.

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1