UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

BEVERLY TOWNE AND JERRY TOWNE,

        Plaintiffs,

    v.

SHASTA COUNTY, SHASTA COUNTY DEPARTMENT OF SOCIAL SERVICES, a Public Entity, and DOES ONE through FIFTY, inclusive,

        Defendants.

_____/

NO. CIV. S-05-1533 WBS/CMK

AMENDMENT TO PRETRIAL ORDER

----oo0oo----

        Both parties have filed objections to the trial date contained in the pretrial order issued by the court in this matter. Accordingly, the trial date of April 24, 2007 is hereby vacated. Pursuant to the parties' agreement, the trial date is reset to August 14, 2007 at 9:00 a.m. in Courtroom No. 5.

///
///
///

1

All other respects, this court's Pretrial Order, issued on December 4, 2006, is unchanged and remains in full force and effect.

DATED: December 20, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE