**Jason K. Singleton,** State Bar #166170
lawgroup@sbcglobal.net
**Richard E. Grabowski,** State Bar #236207
rgrabows@pacbell.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiffs, JERRY TOWNE and BEVERLY TOWNE**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BEVERLY TOWNE AND JERRY TOWNE,**<br><br>    Plaintiff,<br>v.<br><br>**SHASTA COUNTY, SHASTA COUNTY DEPARTMENT OF SOCIAL SERVICES,** a Public Entity, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. 2:05-CV-1533 WBS CMK<br><br>**STIPULATION TO DISMISS PLAINTIFF'S THIRD CAUSE OF ACTION UNDER § 504 OF THE REHABILITATION ACT (29 USC § 794) and [~~PROPOSED~~] ORDER** |

Comes now Plaintiffs by and through their attorney, Jason K. Singleton, and Defendants by and through its attorney, Monique Grandaw, and hereby stipulate that Plaintiffs request the court dismiss their Third Cause of Action under **§ 504 OF THE REHABILITATION ACT (29 USC § 794).**

**SINGLETON LAW GROUP**


Dated:      July 13, 2007         /s/ Jason K. Singleton
                                  Jason K. Singleton, Attorneys for Plaintiffs
                                  **BEVERLY TOWNE AND JERRY TOWNE**

**BRICKWOOD LAW OFFICE**


Dated:      July 13, 2007         /s/ Monique Grandaw
                                  Monique Grandaw, Attorneys for Defendants
                                  **COUNTY OF SHASTA**

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Based upon the above stipulation and good cause appearing, Plaintiffs Third Cause of Action under **§ 504 OF THE REHABILITATION ACT (29 USC § 794)** is hereby dismissed.

Dated:  July 25, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE